**CERTIFICATE OF SERVICE**

**RE:**     **Agnes C. Sides v. Target Corporation**
            **Civil Action No.: 08-CIV-5512**

    I hereby certify that on June 19, 2008, the foregoing Civil Cover Sheet, Notice of Removal, and The assigned Judges' Individual Rules, USDC/SDNY Electronic Case Filing Rules & Instructions was filed with the Clerk of the Court and served in accordance with the Federal Rules of the Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    Steven B. Ewall, Esq.
    Ewall & Ewall, Esqs.
    **Office & P.O. Address:**
    946 Park Avenue
    Huntington, New York 11743-4548


                        BY:   /s/Steven D. Jannace
                               STEVEN D. JANNACE (sj-9811)
                               Simmons, Jannace & Stagg, L.L.P.