**CERTIFICATE OF SERVICE**

RE:      **Agnes C. Sides v. Target Corporation**
            **Civil Action No.: 08-CIV-5512**

I hereby certify that on June 19, 2008, the foregoing Rule 7.1 Statement was filed with the Clerk of the Court and served in accordance with the Federal Rules of the Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    Steven B. Ewall, Esq.
    Ewall & Ewall, Esqs.
    **Office & P.O. Address:**
    946 Park Avenue
    Huntington, New York 11743-4548


                                    BY:   /s/Steven D. Jannace
                                                  STEVEN D. JANNACE (sj-9811)
                                                  Simmons, Jannace & Stagg, L.L.P.