```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X  (sj-9811)
AGNES C. SIDES,
                                           Civil Action No:
                   Plaintiff,              08-CV-5512(RPP)

        -against-                          ANSWER

TARGET CORPORATION,

                   Defendant.
----------------------------------------X
```

Defendant, TARGET CORPORATION, by its attorneys, SIMMONS, JANNACE & STAGG, L.L.P., as and for its Answer to the Complaint of plaintiff, responds as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "1" of the complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "2" of the complaint and leaves all questions of law to the court.

3. Denies in the form alleged the allegations contained in numbered paragraph "3" of the complaint.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "4" of the complaint.

5.   Denies in the form alleged the allegations contained in numbered paragraph "5" of the complaint and leaves all questions of law to the court.

6.   Denies in the form alleged the allegations contained in numbered paragraph "6" of the complaint.

7.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "7" of the complaint.

8.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "8" of the complaint.

9.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "9" of the complaint.

10.   Denies the allegations contained in numbered paragraph "10" of the complaint.

11.   Denies the allegations contained in numbered paragraph "11" of the complaint.

12.   Denies the allegations contained in numbered paragraph "12" of the complaint.

13.   Denies the allegations contained in numbered paragraph "13" of the complaint.

14.   Denies the allegations contained in numbered paragraph "14" of the complaint.

15. Denies the allegations contained in numbered paragraph "15" of the complaint.

16. Denies the allegations contained in numbered paragraph "16" of the complaint.

17. Denies plaintiff is entitled to the relief requested in the "WHEREFORE Clause."

18. Defendant demands that liability, if any, be apportioned.

### AS AND FOR ITS FIRST AFFIRMATIVE DEFENSE

19. Plaintiff's complaint fails to state a cause of action.

### AS AND FOR ITS SECOND AFFIRMATIVE DEFENSE

20. Upon information and belief, the injuries allegedly sustained by plaintiff were not as a result of any culpable conduct by the defendant herein, or in the alternative, the amount of damages otherwise recoverable shall be diminished in the percentage proportion of the culpable conduct of plaintiff, which contributed to or caused plaintiff's alleged injury.

### AS AND FOR ITS THIRD AFFIRMATIVE DEFENSE

21. Upon information and belief, any damages sustained by plaintiff were caused, in whole or in part, by the culpable conduct of plaintiff and/or were aggravated by the culpable conduct of plaintiff.

**AS AND FOR ITS FOURTH AFFIRMATIVE DEFENSE**

22. If plaintiff proves at trial the existence of a dangerous condition, all of which is denied, upon information and belief, any damages sustained by plaintiff were caused by plaintiff having voluntarily and unreasonably assumed a known and dangerous risk, and/or the damages were caused by or aggravated by such conduct.

**AS AND FOR ITS FIFTH AFFIRMATIVE DEFENSE**

23. This defendant will rely upon the provisions of Article 16 of the CPLR with regard to the limitation of joint and several liability.

**AS AND FOR ITS SIXTH AFFIRMATIVE DEFENSE**

24. Upon information and belief, defendant never received actual or constructive notice of any defective or dangerous condition, and therefore, it cannot be liable for any alleged injuries suffered by plaintiff.

**AS AND FOR ITS SEVENTH AFFIRMATIVE DEFENSE**

25. Upon information and belief, if plaintiff suffered any damages as alleged in the Verified Complaint, such damages were as a result of an independent superseding act by a third party for which defendant cannot be held liable, and defendant's conduct was in no way the proximate cause of such damages.

**AS AND FOR ITS EIGHTH AFFIRMATIVE DEFENSE**

26. If plaintiff herein has received remuneration and/or compensation for some or all of her claimed economic loss, or will with reasonable certainty receive renumeration and/or compensation for said loss in the future, this defendant is entitled to have plaintiff's award, if any, reduced by the amount of said remuneration and/or compensation, pursuant to Section 4545(c) of the CPLR.

**WHEREFORE**, for all of the foregoing reasons, it is respectfully requested that plaintiff's complaint be dismissed in its entirety, and that defendant be awarded the costs and disbursements of this action, reasonable attorneys' fees, and such other and further relief as this Court may deem just and proper.

Dated:  Syosset, New York
        June 20, 2008

                                        Simmons, Jannace & Stagg, L.L.P.
                                        Attorneys for Defendant


                                        BY:__/s/ Steven D. Jannace_____
                                            Steven D. Jannace (sj-9811)
                                        **Office & P.O. Address:**
                                        75 Jackson Avenue
                                        Syosset, New York  11791
                                        (516) 357-8100

TO: Steven B. Ewall, Esq.
    Ewall & Ewall, Esqs.
    Attorneys for Plaintiff
    **Office & P.O. Address:**
    946 Park Avenue
    Huntington, New York 11743-4548

5

**CERTIFICATE OF SERVICE**

**RE:       Agnes C. Sides v. Target Corporation**
**          Civil Action No.: 08-CIV-5512**

    I hereby certify that on June 23, 2008, the foregoing Answer was filed with the Clerk of the Court and served in accordance with the Federal Rules of the Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    Steven B. Ewall, Esq.
    Ewall & Ewall, Esqs.
    **Office & P.O. Address:**
    946 Park Avenue
    Huntington, New York 11743-4548


                              BY:   /s/Steven D. Jannace
                                     STEVEN D. JANNACE (sj-9811)
                                   Simmons, Jannace & Stagg, L.L.P.